454

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
DAN CECERE, DEFENDANT-RESPONDENT.

*Mr. Frank A. Palmieri* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. Sanford M. Jaffe* for the respondent.

November 14, 1960. Denied.

HARRY GREENFARB, PETITIONER-RESPONDENT, v.
ASSUNTA ARRE, RESPONDENT-PETITIONER.

*Mr. Isidor Kalisch* for the petitioner.

*Messrs. Balk & Jacobs* for the respondent.

November 14, 1960. Denied.